UNITED STATES DISTRICT
COURT DISTRICT OF
MASSACHUSETTS


STEVEN BIANCHI
        Plaintiff,



        v.                                    CIVIL ACTION NO. 16-11094-MLW


HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY and GROUP LONG
TERM DISABILITY PLAN FOR EMPLOYEES
OF SANOFI-AVENTIS US INC.,
        Defendants.




REPORT AND RECOMMENDATION ON
JOINT MOTION TO DISMISS GROUP LONG TERM DISBILITY PLAN FOR
EMPLOYEES OF SANOFI-AVENTIS US INC. WITHOUT PREJUDICE (#9).




KELLEY, U.S.M.J.


        In their motion, "the parties agreethat the longterm disabilityplan at issue [Defendant Group

Long Tem Disability Plan for Employees of Sanofi-Aventis US Inc.] . . . is fully insured by a group

long term disability insurance policy issued by Defendant Hartford Life and Accident Insurance

Company . . . [and] that Hartford is responsible for payment of all benefits that may be due to

plaintiff under the policywhich insures the plan." (#9.)  For these reasons, and in light of the parties'

agreement, I RECOMMEND that the Joint Motion to Dismiss Group Long Term Disability Plan for

Employees of Sanofi-Aventis US Inc. Without Prejudice (#9) be ALLOWED. [1]

October 6, 2016                                    /s/ M. Page Kelley

                                                    M. Page Kelley

                                                    United States Magistrate Judge

---

[1] The parties are hereby advised that any party who objects to this recommendation must file specific written objections with the Clerk of this Court within 14 days of the party's receipt of this Report and Recommendation.    The objections must specifically identify the portion of the recommendation to which objections are made and state the basis for such objections.  The parties are further advised that the United States Court of Appeals for this Circuit has repeatedly indicated that failure to comply with Rule 72(b), Fed. R. Civ. P., shall preclude further appellate review. *See Keating v. Secretary of Health & Human Servs.*, 848 F.2d 271 (1st Cir. 1988); *United States v. Emiliano Valencia-Copete*, 792 F.2d 4 (1st Cir. 1986); *Scott v. Schweiker*, 702 F.2d 13, 14 (1st Cir. 1983); *United States v. Vega*, 678 F.2d 376, 378-379 (1st Cir. 1982); *Park Motor Mart, Inc. v. Ford Motor Co.*, 616 F.2d 603 (1st Cir. 1980); *see also Thomas v. Arn*, 474 U.S. 140 (1985).